**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HEATHER MARIE STEWART, | : | |
| Plaintiff | : | CIVIL ACTION NO. 4:11-CV-00978 |
| vs. | : | (Complaint Filed 5/20/2011) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | : | (Judge Caputo) |
| Defendant | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Heather Marie Stewart and against Michael J. Astrue, Commissioner of Social Security, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Heather Marie Stewart social security disability insurance benefits is vacated and the case remanded to the Commissioner of Social Security for further proceedings.

3. The Clerk of Court shall close this case.

s/A. Richard Caputo
A. RICHARD CAPUTO
United States District Judge

Dated: December 12 , 2012